MAX SCHNURR, JR., Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 29894.)

Argued October 15, 1952; decided October 23, 1952.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for appellant.

*John M. Schneider* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.